UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CELIA E. MURPHY ,                        *
                                         *
            Plaintiff,                   *
                                         *
      v.                                 *        Civil No. 11-10634-JLT
                                         *
MICHAEL J. ASTRUE, Commissioner          *
Social Security Administration,          *
                                         *
            Defendant.                   *

ORDER

May 21, 2012

TAURO, J.

      This court ACCEPTS and ADOPTS the April 10, 2012 Report and Recommendation Re:

Plaintiff's Brief in Support of an Order Reversing or Remanding the Decision of the

Commissioner; Defendant's Motion for an Order Affirming the Decision of the Commissioner

[#17] of Magistrate Judge Bowler.  For the reasons set forth in the Report and Recommendation,

this court hereby orders that Plaintiff's Motion to Reverse the Decision of the Commissioner of

Social Security [#13] is ALLOWED, and Defendant's Motion to Affirm the Commissioner's

Decision [#15] is DENIED.  This case is REMANDED.


IT IS SO ORDERED.


                                              /s/ Joseph L. Tauro
                                          United States District Judge