UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CELIA E. MURPHY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil No. 11-10634-JLT |
| | * |
| MICHAEL J. ASTRUE, Commissioner | * |
| Social Security Administration, | * |
| | * |
| Defendant. | * |

ORDER

May 21, 2012

TAURO, J.

This court ACCEPTS and ADOPTS the April 10, 2012 <u>Report and Recommendation Re: Plaintiff's Brief in Support of an Order Reversing or Remanding the Decision of the Commissioner; Defendant's Motion for an Order Affirming the Decision of the Commissioner</u> [#17] of Magistrate Judge Bowler. For the reasons set forth in the <u>Report and Recommendation</u>, this court hereby orders that Plaintiff's <u>Motion to Reverse the Decision of the Commissioner of Social Security</u> [#13] is ALLOWED, and Defendant's <u>Motion to Affirm the Commissioner's Decision</u> [#15] is DENIED. This case is REMANDED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge